UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2019 DEC -5 PM 3:26

CLERK_____
SO. DIST. OF GA.

| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
|---|---|---|
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | Possession of a Firearm by a |
| ALFRED WISHER | ) | Convicted Felon |

CR419-0201

THE GRAND JURY CHARGES THAT:

### COUNT ONE
*Possession of a Firearm by a Convicted Felon*
18 U.S.C. § 922(g)(1)

On or about June 25, 2019, in Chatham County, within the Southern District of Georgia, the defendant,

**ALFRED WISHER,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a Taurus, Model PT140, .40 caliber pistol, which had been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

1

## COUNT TWO
*Possession of a Firearm by a Convicted Felon*
18 U.S.C. § 922(g)(1)

On or about July 26, 2019, in Ware County, within the Southern District of Georgia, the defendant,

**ALFRED WISHER,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a Taurus, Model PT140, .40 caliber pistol, which had been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT THREE
*Possession of a Firearm by a Convicted Felon*
18 U.S.C. § 922(g)(1)

On or about July 29, 2019, in Chatham County, within the Southern District of Georgia, the defendant,

**ALFRED WISHER,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a Taurus, Model PT140, .40 caliber pistol, which had been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

A True Bill.

*(Signatures Follow on the Next Page)*

_____
David H. Estes
First Assistant United States Attorney

_____
Chris Howard
Assistant United States Attorney
*Lead Counsel

_____
Karl I. Knoche
Assistant United States Attorney
Chief, Criminal Division