IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | CASE# 4:19-CR-201 |
|---|---|---|
| vs. | ) | |
| ALFRED WISHER | ) | |

# **ORDER GRANTING LEAVE OF ABSENCE**

**Counsel, JACK MORRIS DOWNIE**, having filed his Motion for Leave of Absence and having served all parties thereto:

IT IS HEREBY ORDERED that said Motion for Leave of Absence for the following dates: **April 7-10, 2020 & April 27, 2020-May 1, 2020** is **GRANTED.**

_____
U.S. Magistrate Judge Christopher L. Ray