IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CIVIL ACTION NO.: 4:19-cr-201 |
| v. | |
| ALFRED WISHER, | |
| Defendant. | |

**O R D E R**

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's April 29, 2020, Report and Recommendation, (doc. 52), to which no party has filed objections. Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 52), as the opinion of the Court. Therefore, the Court finds that defendant is **COMPETENT** to stand trial pursuant to 18 U.S.C. § 4241.

**SO ORDERED**, this 1st day of July, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA