UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **THIRD SUPERSEDING INDICTMENT** |
| | ) | 4:19-CR-201 |
| v. | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| ALFRED WISHER | ) | Possession of a Firearm by a |
| | ) | Convicted Felon |
| | ) | |
| | ) | 18 U.S.C. § 922(j) |
| | ) | Possession of a Stolen Firearm |
| | ) | |
| | ) | 18 U.S.C. § 924(l) |
| | ) | Theft of a Firearm |
| | ) | |
| | ) | 18 U.S.C. § 2119(1) |
| | ) | Carjacking |
| | ) | |
| | ) | 18 U.S.C. § 924(c) |
| | ) | Using, Carrying, and Brandishing a |
| | ) | Firearm During and in Relation to a |
| | ) | Crime of Violence |
| | ) | |
| | ) | 18 U.S.C. § 1951(a) |
| | ) | Attempted Interference with |
| | ) | Interstate Commerce by Robbery |
| | ) | |
| | ) | 18 U.S.C. § 924(o) |
| | ) | Conspiracy to Use and Carry a |
| | ) | Firearm During and in Relation to a |
| | ) | Crime of Violence |

**THE GRAND JURY CHARGES THAT:**

## COUNT ONE
*Possession of a Firearm by a Convicted Felon*
18 U.S.C. § 922(g)(1)

On or about July 10, 2019, in Chatham County, within the Southern District of Georgia, the defendant,

### ALFRED WISHER,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a Taurus, Model PT140, .40 caliber pistol, which had been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO
*Possession of a Stolen Firearm*
18 U.S.C. § 922(j)

On or about July 22, 2019, in Chatham County, within the Southern District of Georgia, the defendant,

### ALFRED WISHER,

knowingly possessed a stolen firearm, to wit, a Ruger 9 millimeter pistol, which had been shipped and transported in interstate and foreign commerce, knowing and having reasonable cause to believe the firearm was stolen.

All in violation of Title 18, United States Code, Section 922(j).

### COUNT THREE
*Theft of a Firearm*
18 U.S.C. § 924(l)

On or about July 22, 2019, in Chatham County, within the Southern District

of Georgia, the defendant,

### ALFRED WISHER,

knowingly stole a firearm, to wit, a Ruger 9 millimeter pistol, which had been moved

in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 924(l).

### COUNT FOUR
*Carjacking*
18 U.S.C. § 2119(1)

On or about July 25, 2019, in Chatham County, within the Southern District of

Georgia, the defendant,

### ALFRED WISHER,

did knowingly take a motor vehicle, to wit, a Ford Escape, that had been transported,

shipped, and received in interstate and foreign commerce from and in the presence of

a victim with the initials E.L. by force, violence, and intimidation, with the intent to

cause death and serious bodily harm.

All in violation of Title 18, United States Code, Section 2119(1).

## COUNT FIVE
*Using and Carrying a Firearm During and in Relation to a Crime of Violence*
18 U.S.C. § 924(c)

On or about July 25, 2019, in Chatham County, in the Southern District of Georgia, the defendant,

## ALFRED WISHER,

knowingly used, carried, and brandished a firearm, to wit, a handgun, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Carjacking, in violation of Title 18, United States Code, Section 2119, as charged in Count 4 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c).

## COUNT SIX
*Attempted Interference with Interstate Commerce by Robbery*
18 U.S.C. § 1951(a)

At all times material to this indictment, TJ Maxx, located at 2215 Memorial Drive in Waycross, Georgia, was a department store that sells items such as men's and women's clothing and other items commonly sold at retail clothing businesses; and was a business that affected interstate commerce.

On or about July 26, 2019 in Ware County, within the Southern District of Georgia,

## ALFRED WISHER,

did unlawfully attempt to obstruct, delay, and affect commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in said statute, in

4

that the defendant did unlawfully attempt to take and obtain property consisting of United States Currency from a T.J. Maxx customer with the initials P.C., against the victim's will by means of actual and threatened force, violence and fear of injury, immediate and future, to the customer and to property in the customer's possession, that is, Defendant did brandish and use a firearm, threaten P.C. outside of the T.J. Maxx store, and attempt to take money belonging to the T.J. Maxx customer.

All in violation of Title 18, United States Code, Section 1951.

**COUNT SEVEN**
*Using, Carrying, and Brandishing a Firearm During and*
*in Relation to a Crime of Violence*
18 U.S.C. § 924(c)

On or about July 26, 2019, in Ware County, in the Southern District of Georgia, the defendant,

**ALFRED WISHER,**

did knowingly use, carry, and brandish a firearm, to wit, a handgun, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Attempted Interference with Interstate Commerce by Robbery, as charged in Count 4 of this Superseding Indictment.

All in violation of Title 18, United States Code, Section 924(c).

## COUNT EIGHT
*Possession of a Firearm by a Convicted Felon*
18 U.S.C. § 922(g)(1)

On or about July 26, 2019, in Ware County, within the Southern District of Georgia, the defendant,

### ALFRED WISHER,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a Taurus, Model PT140, .40 caliber pistol, which had been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT NINE
*Conspiracy to Use and Carry a Firearm During and
in Relation to a Crime of Violence*
18 U.S.C. § 924(o)

Beginning on a date unknown but not later than on or about July 25, 2019, and continuing through on or about July 26, 2019, in Chatham County and Ware County, within the Southern District of Georgia, the defendant,

### ALFRED WISHER,

did knowingly and intentionally combine, conspire, and agree with at least one other person to use and carry a firearm during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, to wit, Carjacking and Interference with Commerce by Robbery, in violation of Title 18, United States Code, Sections 2119(1) & 1951(a), as charged in Counts 4 and 6 of this Indictment.

All in violation of Title 18, United States Code, Section 924(o).

## COUNT TEN
*Conspiracy to Interfere with Commerce by Robbery*
18 U.S.C. § 1951(a)

Beginning on a date unknown but not later than on or about July 26, 2019, in Chatham County and Ware County, within the Southern District of Georgia, the defendant,

**ALFRED WISHER,**

did knowingly and intentionally combine, conspire, and agree with at least one other person to obstruct commerce and the movement of articles and commodities in such commerce by robbery, in that the defendant conspired to unlawfully take and obtain property consisting of United States Currency from a T.J. Maxx customer, against the victim's will by means of actual and threatened force, violence and fear of injury, immediate and future, to the customer and to property in the customer's possession.

All in violation of Title 18, United States Code, Section 1951(a).

### COUNT ELEVEN
*Possession of a Firearm by a Convicted Felon*
18 U.S.C. § 922(g)(1)

On or about July 29, 2019, in Chatham County, within the Southern District of Georgia, the defendant,

### ALFRED WISHER,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a Taurus, Model PT140, .40 caliber pistol, which had been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

*(Signatures Follow on the Next Page)*

A True Bill.

_____

Foreperson

David H. Estes
First Assistant United States Attorney

Chris Howard
Assistant United States Attorney
*Lead Counsel

Karl I. Knoche
Assistant United States Attorney
Chief, Criminal Division