**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CASE NO. 4:19-CR-201 |
| v. | ) | |
| | ) | |
| ALFRED WISHER | ) | |

## ORDER

Pending before the Court is the United States' Motion to Amend Count Seven of the Third Superseding Indictment ("Motion"). Having considered the Motion, it is hereby **GRANTED**. Count Seven of the Third Superseding Indictment is amended in accordance with Exhibit A to the United States' Motion, such that Count Seven, which charges a violation of 18 U.S.C. § 924(c) now cross-references Count Six instead of Count Four.

**SO ORDERED,** this 9th day of February, 2021

_____
Christopher L. Ray
United States Magistrate Judge