# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:19-cr-201 |
| ALFRED WISHER, | |
| Defendant. | |

## O R D E R

A jury trial in the above captioned case having been conducted on July 13, 2021, and there being certain items entered into evidence during the course of said trial,

IT IS HEREBY ORDERED that upon return of a jury verdict the evidence listed on the attached receipt was returned to Counsel for the Government on July 15, 2021, for safekeeping and for production in the Court of Appeals, if necessary.

**SO ORDERED**, this 16th day of July, 2021.

_____
R. STAN BAKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA