IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT
OF GEORGIA SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | CASE# 4:19-cr201 |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | |
| ALFRED WISHER | ) | |

## ORDER GRANTING LEAVE OF ABSENCE

Counsel, JACK MORRIS DOWNIE, having filed his Motion for Leave of Absence and having served all parties thereto:

IT IS HEREBY ORDERED that said Motion for Leave of Absence for the following dates: August 17-21, 2021 is **GRANTED.**

Signed this 19th day of July 2021.

*Christopher L. Ray*
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia