UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. CR419-201 |
| | ) | |
| ALFRED WISHER, | ) | |

## **ORDER**

Application for leave of absence has been requested by Bradford C. Patrick, Assistant United States Attorney, for April 20, 2026; May 11, 2026 through May 25, 2026; June 18, 2026; and August 21, 2026, inclusive, in the above-referenced case.

The above and foregoing request for leave of absence is approved.

This ___16th___ day of ___March___, 2026.

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA